JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER BURKE,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. CV 25-9035-GW-CTSx

**ORDER DISMISSING ACTION WITH PREJUDICE**

Honorable George Wu
United States District Judge

Pursuant to the Stipulation for Dismissal filed by the parties, this action is hereby dismissed with prejudice. Each party to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: November 16, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE